No. 02–5121. WOODSON v. HERSHEY CHOCOLATE OF VIRGINIA, INC. C. A. 4th Cir. Certiorari denied.

No. 02–5122. WEST v. HOLT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5123. NICHOLS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5124. BARNETT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5125. MARTE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5126. NIMROD v. RAY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02–5127. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5128. MOORE v. VANDEL, SHERIFF, FAYETTE COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–5129. FORSYTHE v. WALTERS, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5130. GAINEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–5131. GONZALEZ ET VIR v. STATE BAR OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 02–5132. SANDERS v. KELLY SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 02–5133. DADE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5134. DAVIS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–5135. CORNISH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.